# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————————

LAYTON HAMBRICK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-157

———————————————————

February 28, 2024

Appeal from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

Robert David Malove of Robert David Malove, P.A., Ft Lauderdale, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Alicia M. Winterkorn, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SLEET, C.J., and ATKINSON, and LABRIT, JJ., Concur.

———————————————————

Opinion subject to revision prior to official publication.